# United States Court of Appeals

## For the First Circuit

No. 17-2114

FRANCIS H. WOODWARD,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on September 26, 2018, is amended as follows:

On page 6, line 7, insert the word "court" after "district."

On page 13, line 15, underline "McDonnell."